Douglas E. Lumish, Cal. Bar No. 183863
E-mail: dlumish@kasowitz.com
Jeffrey G. Homrig, Cal. Bar No. 215890
E-mail: jhomrig@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone (415) 655-4310
Facsimile (415) 651-8703

Attorneys for Defendants Hitachi Global Storage
Technologies, Inc. and Hitachi Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL INC., WESTERN DIGITAL CORPORATION, HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD., <br><br> Defendants. | Case No.: 11 80 071 MISC WHA <br><br> **Pending in the United States District Court, Eastern District of Texas** <br> **Civil Action No. 2:08-CV-244** <br><br> HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL <br><br> Date: May 12, 2011 <br> Time: 2:00 PM <br> Courtroom 9, 19th Floor <br><br> **Honorable William Alsup** |

KASOWITZ, BENSON,
TORRES & FRIEDMAN
LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Hitachi Global Storage Technologies, Inc. and Hitachi Ltd. (collectively, "Hitachi") respectfully request that this Court issue an Order sealing the following documents: the unredacted version of Exhibit 2 to the Declaration of Jeffrey G. Homrig in Support of Defendants' Memorandum of Law in Opposition to Seagate Technology, LLC's Motion to Quash and/or Modify Third Party Subpoena, or Alternatively for Protective Order. |

The legal standard for filing documents under seal is one of "good cause". In *Kamakana v. City and County of Honolulu,* 447 F. 3d 1172, 1180 the Ninth Circuit wrote, "A 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions." Good cause exists to file the document listed above under seal because it contains information which has been designated by Seagate as "Seagate Sensitive Super Confidential" under the Protective Order entered in *Convolve, Inc. and Massachusetts Institute of Technology v. Compaq Computer Corp. and Seagate Technology LLC*, Case No. 00-CIV-5141 (S.D.N.Y.). *See* Homrig Decl. at ¶ 2. On April 21, 2011, counsel for Hitachi also contacted counsel for Seagate and asked whether Seagate would de-designate Exhibit 2 to the Declaration of Jeffrey G. Homrig in Support of Defendants' Memorandum of Law in Opposition to Seagate Technology, LLC's Motion to Quash and/or Modify Third Party Subpoena, or Alternatively for Protective Order, but Seagate did not de-designate the document in response. Homrig Decl. at ¶ 3. For the foregoing reasons, Hitachi respectfully requests that this Court grant its Motion for Administrative Relief to File Under Seal the unredacted version of Exhibit 2 to the Declaration of Jeffrey G. Homrig in Support of Defendants' Memorandum of Law in Opposition to Seagate Technology, LLC's Motion to Quash and/or Modify Third Party Subpoena, or Alternatively for Protective Order.

Date: April 21, 2011           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Jeffrey G. Homrig*
　　　　　　　　　　　　　　　　　　　　　Jeffrey G. Homrig

　　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR HITACHI, LTD. AND HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.*