IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONVOLVE, INC.,

    Plaintiff,

  v.

DELL, INC., *et al.*,

    Defendants.

No. C 11-80071 WHA

**ORDER RE MOTION TO FILE UNDER SEAL**

On April 4, 2011, Seagate Technology, LLC filed a motion to quash a subpoena. On April 21, Hitachi Ltd. and Hitachi Global Storage Technologies, Inc. filed an opposition to Seagate's motion. The Hitachi defendants also filed an administrative motion for leave to file an exhibit supporting their opposition under seal. The document had been designated by Seagate as confidential in another action (Dkt. No. 8). Pursuant to Civil Local Rule 79-5(d), Seagate then had seven days within which to submit a declaration establishing that the designated information should, in fact, be sealed. No such declaration has been filed. Seagate may file a supporting declaration by **NOON ON MAY 2, 2011**. If no declaration is filed, then the administrative motion will be denied and the document will be filed in the public record.

**IT IS SO ORDERED.**

Dated: April 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE